**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**NOTICE OF ORDER ON MOTION**

Cause number:      01-12-00723-CR, 01-12-00724-CR, 01-12-00725-CR

Style:      Chikevia Rena Roberts

      **v** The State of Texas

Date motion filed[*]:      March 26, 2014

Type of motion:      Motion for extension of time

Party filing motion:      Appellant, Chikevia Rena Roberts

Document to be filed:      motion for rehearing

If motion to extend time:

        Deadline to file document:      March 26, 2014

        Number of previous extensions granted:      0

        Length of extension sought:      60 days

Ordered that motion is:

      X      Granted
            If document is to be filed, document due: **June 23, 2014**

            ☐    The Clerk is instructed to file the document as of the date of this order
            X    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

      **We construe appellant's motion as an extension of time to file a motion for rehearing in this Court for each of the above-named cause numbers.**

      **We do not have jurisdiction to consider motions to extend time to file a petition for review.**

      *See* **TEX. R. APP. P. 68.2 (providing time to file petition for review in Court of Criminal Appeals and procedure for obtaining extension of time).**

Judge's signature: /s/ Evelyn V. Keyes
            ☑ Acting individually    ☐ Acting for the Court

            Panel consists of _____.

Date: May 8, 2014